Case: 0:21-cv-00025-DLB   Doc #: 1   Filed: 02/23/21   Page: 1 of 16 - Page ID#: 1

Eastern District of Kentucky
**F I L E D**
Feb - 23 2021
Robert R. Carr
Clerk, U.S. District Court

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
## _____ DIVISION at _____

0:21-cv-25-DLB

CIVIL ACTION NO. _____ (Court Clerk will supply)

Anthony Bussie
**PLAINTIFF**

Ceasar Sayoc 18cr820 (SDNY),
(Caesar Sayoc 17781-104 (USP-Marion Ill))
VS: Southern District New York court judges,

Joe Biden,
Kamala Harris,
Cory Booker,
Mitch McCollen,
Robert Menendez,

Jacob Chansley, Jeba Kless,
El' Khalifi, Howard Weiss,
Mateen,

Demand for Jury Trial:
Yes ( )   No (X)

(do not use "et al.", enter full names)

1. Motion 1983,
2. Motion 2241,
3) Motion to err at not a dangerous person.
3. Motion Court appointed Attorney,
4. Motion Court appointed accountant,
9) Motion To dismiss,
5. motion 2255,
6. motion to err at unable to defend to plaintiffs,
7) motion to err at exhaust remedies,

**DEFENDANTS**
Robert E. Andrews,
Donald Norcross,

### I. Plaintiff:

   A. Name (list any aliases): Anthony Bussie

   B. Prisoner ID #: 64105050   Check one: Convicted X   Pretrial Detainee ___

   C. Place of present confinement: Federal Medical Center

   D. Address: Butner, NC 27509

### II. Defendant(s): (additional defendants may be listed on a separate sheet of paper)

   A. Defendant's Name: Joe Biden
      Title or Position: President of United States
      Place of Employment: Washington, DC 20220

   B. Defendant's Name: Kamala Harris
      Title or Position: Vice President of United States
      Place of Employment: Washington, DC 20220

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

---

    C. Defendant's Name: Cary Booker
    Title or Position: Senator (D) (NJ)
    Place of Employment: Newark, NJ; Camden, NJ; Wash, DC
    D. Defendant's Name: Mitch McCollen
    Title or Position: Senator (R) (Kent)
    Place of Employment: Kentucky, Washington DC
    E. Defendant's Name: Robert Menendez
    Title or Position: Senator
    Place of Employment: Oakland, NJ; Washington DC;
    F. Congressman Robert E. Andrews Haddon Heights, NJ;
    G. Congressman Donald Norcross (D) Haddon Heights, NJ;

**III. Statement of Claim:**

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

The defendants are electorials that held Chief of Senate, upper congress and lower congress positions. The electorials are ommissive at 2016 [2011] US Claim Lexis 9 and made it unreachable to pay. ¶It resulted in the continum of unable to convict Al'Qeada's 9/11 Terrorist named Khalid S. Mohammed S. 98cr1023 (LAK) (SDNY) scandal and increased the numbers of political protestors Amine El'Khalifi, (2012) (SDFL); Omar Mateen 17cr18 (MDFL); Ceasar Sayoc 18cr820 (SDNY); John Kless 19cr60109 (SDFL) and Howard Weiss 20cr13 (N.D. Cal). Disproportionate criminals conviction.

What the U.S. Gov't is capable of doing in paying a 1979 Iran settlement in 2015. In resulted in

®EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

ended an unpeacefull settlement where kidnapping and ramson defenses came to a closed. In 2019 an American Princeton University student was held in Iran. No kidnapping and ramson defense occurred.

Ceasar Sayoc 18cr820 (SDNY) and prison number 17781-104 held at USP-Marion, Ill is serving 20 years to be release in 2036 pleaded guilty being a political protestor attacking Joe Biden, Kamala Harris, Cory Booker and others. Sayoc got involve in an unpeacefull settlement and confrontation attacking the defendants. Here I used a political protestor confrontation on a public issue to seek defensive advancements under confrontation in 2010 US Claim Lexis 9.

" All the defendants created a scandal and protest defensive"

B. When did these events happen?

DOJ establish Bussie v US 96 Fed Cl 89 in 1996 and established a new position in 2011 for the making of 2011 US Claim Lexis 9. Standing suit is 1996 to 2010.

Biden is a senator, vice president and now president holding office from 1996 - 2021. Harris is a senator and new vice president from 2018 - 2021. Booker is a senator holding office from 2014 to present. All the defendants are electorials and born before 1984. Also never heard of Plt. Bussie confrontation with Congress Man Robert E. Andrews (D)(NJ) 2014 congressional discharge. Bussie v Hillman 12cv1894 (DNJ). Bussie v NJ 14cv5720 (DNJ)

Plaintiff

Jacob Chansley was arrested on expression, confrontation, injuried, and retaliated on a public issue. Part of a January 6, 2021 "Historic Riot" at the U.S. Capitol Hill in Washington, DC targetting 27th Amendment personell like defendants Senator Cory Booker (D)(NJ) Kamala Harris (D)(CA) and Senator Joe Biden (D)(De) performance from 1990 - 2020. Here I use a protester to have a defensive posture

John Kless was arrested in SDFL - Kless 19cr 60109 (SDFL) on confrontation, expression and retaliated on a public issue. A lost on the remains of unconvicted AlQeada's 9/12 Terrorist Mohammed S_ 98 cr 1023 (SDNY). Kless 19cr 60109 (SDNY) targeted (s) 27th Amendment electorials seeking congressional policing pay. Here I used a co plaintiff for advances on a concerns of public issues

Howard Weiss 20 cr 13 (CRB-1)(N.D.Ca) got involve sending electronic messages to Senator Mitch McConnell on public issues not getting done. The DOJ docketed and warehoused an illegal activity upon Weiss 20cr 13 (CRB-1)(N.D.Ca)(defense action). Here I used the DOJ to seek advances on a defensive activity to blame gov't first

SDNY court judges got involve with Sayoc 18cc 820 (SDNY), Mohammed S_ 98cr 1023 (SDNY) and Ghayth S14 98cr 1023(SDNY)

A (continue)

Defendants Biden, Harris and Booker failed to do is create a legislation, a law, indentify victim Bussie, identify un peacefull settlements, created a stimulus, create a victim pay, identifying federal contractor in the matter of Anthony Bussie.

Defendant Biden, Harris and Booker failed to do is help the District court across the United States. created a political protestors with out warning the District courts. Under lining dis proportional and disparities julings. In the matter of SDNY court judges LAK, LBS, JSR and KTD decission makings.

®EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. Where did these events happen?

I reside in Camden, NJ 68104 producing a product for the federal government to use. It went into an unpeaceful settlement in the Federal Claim Court in Washington, DC. Sayoc got involve living in Florida where the electorials worked in Wash, DC and else where. SDNY court is in Manhattan, NY refusing to convict Mohammed S-98cr1023 to increase protest

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

Here the defendants made 2011 US. Claim Lexis 9 unclear, unreachable and unreasonable to be paid. Violated spending clause and Art. I to VII / Amendent 27 to have unjust enrichments and hurtfull campaign speeches.

## IV. Exhaustion of Administrative Remedies

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations? YES ( X ) NO ( ___ )

2. If so, did you (check **ALL** that apply):
   - _X_ file a request or appeal to the Warden _____ date
   - _X_ appeal to the Regional Director _____ date
   - _X_ appeal to the Office of General Counsel _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

Allege Or Grounds

I and other plaintiff (plaintiff in theory) allege the defendants in any way or degree obstructs, delay or affects commerce or the movement of any article or commodity in commerce by conspires shall be fine under this title or imprisonment or both.
Fact is 2011 US Claim Lexis 9 is unpaid

I and other plaintiffs (plaintiffs in theory) allege the defendant enforced general negligence law impose a general duty of reasonable care when the defendant's own conduct creates a foreseeable risk of injury to a foreseeable plaintiff and co plaintiffs.
Fact the DOJ establish several criminal captions about plaintiffs.

I and other plaintiffs (plaintiffs in theory) allege the defendant created a procurement award producing produces by corruption; corruption is in arbitration also guilty of misconducts
Fact is the DOJ can prove congressers or electorials are corrupted to arbitrate in contracting right environment such as pardon, sentence reduction, other agencies and habeas corpus legally and faithfully.

2241

1. Recognize US v. Senator Menedez, Melgen 15cr155 (DNJ)
2. Cut out Senator Menedez
3. Install Biden, Harris, Booker as defendant
4. Retain out of district service to Melgen outside sentorial district. Increasing the numbers of serving contractors or ~~Constitu~~ constituents with out violating laws.


1. Recognize U.S. v. Chakka Fattah 15cr 346-1 (EDPA)
2. Cut out Congressor Chakka Fattah
3. Install Biden, Harris and Booker as Defendant
4. Retain a congressional discharge and violations.


1. Recognize US v. Andrews in Bussie 12cr 229 (DNJ)
2. Cut out Andrews (D)(NJ)
3. Install Biden, Harris and Booker as inter alia
4. Retain a congressional discharge and violations


1. Recognize Bussie v. Andrews 20cv 050 (Dist Kent)
2. Amend defendants Biden, Harris and Booker
3. Retain Fed Evid. Rule 201(b)(2), annotation rule

2241

1. Recognize U.S. v. Daniell Ellsberg cc no. 9373 (C.D. Ca) (1971)
2. Cut out Daniel Ellsberg
3. Install Bussie, Sayou, and SDNY court judges
4. Retain electorial misconduct for criminal dismissal


1. Recognize US v. Anthony Bussie 12cr 229 (DNJ)
2. Cut out Anthony Bussie
3. Install Bussie, Sayou and SDNY court judges
4. Retain electorial misconduct for criminal dismissal


1. Recognize US v. Howard Wiess 20cr 13 (N.D.Ca)
2. Cut out Howard Wiess
3. Install Bussie, Sayou and SDNY court judges
4. Retain electorial Senator Mitch McConnell


1. Recognize US v. Howard Weiss 20cr 13 (N.D.Cal)
2. Amend Biden, Harris, and Booker in inter alia
3. Retain criminal dismissal for the criminal on sub.

## Lecture § 2241 Not To Challenge

1950-1960 electorial holding office in the U.S. Representative and US Senator in Montgomery, Alabama district. Created the 1950-1960 white or black freedom fighter named Rosa Parks and other. An Alabama superior court judge dismissed Rosa Park criminal case called a defensive duress.

An Alabama superior court judge ruling criminal dismissal by way of defensive duress created a Atlanta, GA resident named Martin L. King to Montgomery, Alabama wanting equal right dismissal in 1956, 1957 and other.

Here I lecture this court on electorials in a 1992 rear of 27 Amendment supporting upper, lower, and chief congress pay, salary, benefits or scope of employment. In 1994 Congressional Accountability was created in 2 USC sec 1301 et seq on 1968 civil right act or executive order 11246 and 1991 civil right act. This lecture on Alabama Superior court judge cannot challenge.

This is an effort to conduct managing a confrontation, war or power struggle on a public issue where unfair occurred to hold electorials are at fault and at congressional policing occupation is tort.

## Lecture § 2241 Not To Challenge

Electorial President holding office in the White House violated 11246 and EO 11478. DOJ established a US v. Daniel Ellsberg cr no 9373 (C.D.Cal) criminal dismissal by way of government misconduct defense. President electorial Nixon abuse power. DOJ established a US v. Richard Nixon criminal no ___ D.D.C. (1973). Electorial was force to resign. Later pardon by the next president

A C.D. California federal judge ruling criminal dismissal and government misconduct defense; also force resignation pertaining to ~~federal contractor where~~ electorials ~~cannot be~~ discriminating federal contractor under an executive order 11246 and 11478 deal. This ruling cannot be challenge.

This is an effort to remove or force to resign electorial. Same as President Richard Nixon, Congressman Robert E. Andrews (D)(NJ) (2014) and House Speaker John Boehner (R)(OH) (2015) All in the matter of violating contractor's rights or EO 11246 and EO 11478

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

4. What was the result? _Begin filing lawsuits_

5. If you did not file a grievance, why not? _____

B. **State Prisoners** answer the following:

1. Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?   YES (___) NO (___)

2. If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

    _____ file a grievance and seek an informal resolution _____ date
    _____ request a hearing from the Grievance Committee _____ date
    _____ appeal to the Warden _____ date
    _____ appeal to the Commissioner _____ date

   Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
   YES (___) NO (___)
   _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4. What was the result? _____

5. If you did not file a grievance, why not? _____

Page 5 of 8

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

| C. | **County or City Prisoners** answer the following: |

1. Is there a grievance/appeal policy at your jail?   YES ( __ )  NO ( __ )
2. **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

_____

_____

   3. Did you file a grievance regarding these facts?   YES ( __ )  NO ( __ )

   4. If you filed a grievance:

    a. What steps did you take to use the grievance process? _____

_____

_____

_____

    b. What was the result? _____

_____

    c. If unsuccessful, did you file an appeal?   YES ( __ )  NO ( __ )

    d. What was the result? _____

_____

    e. Did you take any further steps in the grievance process?
       YES ( __ )  NO ( __ )    NO MORE AVAILABLE ( __ )

    f. What was the result? _____

_____

   5. If you did not file a grievance, why not?: _____

_____

_____

_____

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

### V. OTHER LAWSUITS

A. Have you filed any other lawsuit **dealing with the same facts** raised in this action? YES (X) NO (__)

B. If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:

Plaintiff: Anthony Bussie

Defendant(s): United States

2. COURT: (name the district for a federal court, or the county for a state court) Federal Claims Court

3. CASE NO.: 10 cv 443    DATE FILED: 2010

4. OUTCOME: (is the case still pending? was it dismissed? being appealed?) Created U.S. Claim Lexis 9 (2010) (2011) did not err at the Fifth Amendment in and dismissed

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: 2010

C. List any other lawsuits that you have filed in any state or federal court:

1. Plaintiff Bussie vs. Defendant(s) Mnuchin
   Court Name: ED Kent Court    Case No.: 20 CY 102
   Nature of Claim: 1983 (550 Prisoner)    Date Filed: 8/19/20
   Outcome: pending    Date: pending

2. Plaintiff Bussie vs. Defendant(s) Andrews
   Court Name: E.D. Kent Court    Case No.: 20 cv 60
   Nature of Claim: 1983 (550 Prisoner)    Date Filed: 5/8/2020
   Outcome: argument granted    Date: 5/15/2020

◈EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

3. Plaintiff _Bussie_ vs. Defendant(s) _Britt_
   Court Name: _E.D. Kent_                Case No.: _20 cv 117_
   Nature of Claim: _1983 (550 Prisoner)_   Date Filed: _9/25/2020_
   Outcome: _Civ. R. 5B & dismissal_        Date: _10/05/2020_

## VI. Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

I want this Court to hold the electorial defendants responsible for delaying Mohammed S-98cr1023 (LAK)(SDNY) conviction and creating a political protestors to be arrested putting hardships on the DOJ-courts system; also provide to American public an internal security threat defense, found in Bussie v. Andrews 20cv50 Kent

## VII. Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

### CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_Anthony Bussie_            _64105050_          _1/15/2021_
Signature of Plaintiff       Prison ID#              Date

Plaintiff's Address:   _Anthony Bussie_
                       _FMC- Butner, NC_
                       _27509_

Demand $25,000 for policing the situations causing pain and suffering when policing situation amongst an offensive staffers; I err at failure to exhaust administrative remedies; I err at unable to defend other plaintiffs in conducting an indigent defense practice.

Demand to cease all of President Joseph R. Biden Jr spending due to the crisis with the plaintiff, co-plaintiff and Mohammed S. 98cr 1023 (SDNY) unable to convict due to damage work product rule toward Anthony Bussie.