# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT ASHLAND

**CIVIL ACTION NO. 21-25-DLB**

**ANTHONY BUSSIE, et al.**                                                           **PLAINTIFFS**

**v.**                                            **JUDGMENT**

**JOE BIDEN, et al.**                                                              **DEFENDANTS**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Order of Dismissal entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Plaintiff Anthony Bussie's complaint (Doc. # 1) is **DISMISSED**;

(2) This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

(3) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 24th day of February, 2021.



Signed By:
_David L. Bunning_  DB
**United States District Judge**

J:\DATA\ORDERS\PSO Orders\21-25 Judgment.docx